IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CLOSED CIVIL CASE**

Case No. 06-14014-CIV-MOORE/WHITE
03-14038-CR-MOORE

DAVID LEE WOODARD,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT (DE #9) AND DISMISSING MOVANT'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE (DE #1)

THIS CAUSE came before the Court upon Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1).

THIS MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge. Magistrate Judge White issued a Report and Recommendation (DE #9), recommending that Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1) be dismissed. No objections were filed. After a *de novo* review of the record, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report (DE #9) is ADOPTED. Accordingly, it is

ORDERED AND ADJUDGED that Movant's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255 (DE #1) is DISMISSED. It is therefore

ORDERED AND ADJUDGED that the Clerk of Court is directed to CLOSE this case. All pending motions not yet ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of December, 2006.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:   David Lee Woodard, Pro Se
      Fed. Reg. No. 24442-018
      Florida DOC# 094485
      Martin C. I.
      1150 SW Allapattah Rd.
      Indiantown, FL 34956-4397

      All counsel of record

      U.S. Magistrate Judge White